**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**In re: Data Powerworks, LLC**

**Civil Action 2:26-mc-25**
**Judge Michael H. Watson**
**Magistrate Judge Chelsey M. Vascura**

**ORDER**

This matter is before the Court on a Motion (ECF No. 4) filed by Schneider Electric SE, and Schneider Electric USA, Inc. (collectively, "Respondents") seeking leave to file under seal their Response in Opposition (ECF No. 5) to Eric Broxterman's Motion to Quash a Subpoena and for a Protective Order (ECF No. 1). Respondents represent that their Response in Opposition and supporting exhibits contain confidential information, including information about a patent sale, the disclosure of which would cause competitive harm to certain entities.

Based on these representations, the Court concludes that the materials contain sensitive and confidential information that should be shielded from public access. Accordingly, Respondents' Motion (ECF No. 4) is **GRANTED**. Respondents are **ORDERED** to **FILE UNDER SEAL** unredacted copies of their Response in Opposition and supporting exhibits. Respondents have already publicly filed redacted versions of those materials. (ECF No. 5.)

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE